## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **MAGISTRATE NO. 21-MJ-75 (RMM)** |
| : | |
| **TIMOTHY LOUIS HALE CUSANELLI,** : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Timothy Louis Hale-Cusanelli

It is this 19th day of January, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the District of New Jersey Magistrate Judge on January 19, 2021 as to defendant Timothy Louis Hale-Cusanelli is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA