**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **MAGISTRATE NO. 21-MJ-75 (RMM)** |
| : | |
| **TIMOTHY LOUIS HALE-CUSANELLI,** : | |
| **Defendant.** : | |

## TRANSPORT ORDER

Having considered the United States' Motion to have the defendant Timothy Louis Hale-Cusanelli transported from the District of New Jersey to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the District of New Jersey to the District of Columbia for further proceedings in this matter.

DATE: January 19th, 2021

                                                                         _____
                                                                         BERYL A. HOWELL, CHIEF JUDGE
                                                                         UNITED STATES DISTRICT COURT
                                                                         FOR THE DISTRICT OF COLUMBIA

1